IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| RAFEAL HERRERA-WELKER, | Case No. 2:22-cv-00401-CL |
| Plaintiff, | ORDER |
| v. | |
| GARTH GULICK, | |
| Defendant. | |

MCSHANE, Judge:

Magistrate Judge Mark D. Clarke issued a Findings and Recommendation, ECF No. 59, and the matter is now before this Court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, this Court reviews *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). The Court finds no errors and concludes the report is correct. Magistrate Judge Clarke's Findings and Recommendation, ECF No. 59, is adopted in full. Defendant's Motion for Summary Judgment, ECF No. 42, is GRANTED.

IT IS SO ORDERED.

DATED this 27th day of October 2025.

_____/s / Michael McShane_____

Michael J. McShane
United States District Judge

1 - Order